UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 0:24-cv-00201-PJS-DJF |
| Plaintiff, | **STATUS REPORT** |
| v. | |
| JOHN DOE subscriber assigned IP address 71.13.47.50, | |
| Defendant. | |

Pursuant to the Court's Order ("Order") dated April 11, 2024, plaintiff Strike 3 Holdings, LLC submits the following status report.

1. This is a copyright infringement case that was initially filed against a John Doe Defendant known to Plaintiff only by an IP address.

2. This Court entered the Order granting Plaintiff leave to serve a third-party subpoena on Defendant's Internet Service Provider ("ISP") to obtain the identifying information of the subscriber assigned IP address 71.13.47.50.

3. This Order also stated that on or before June 11, 2024, Plaintiff must file a status report in each of the cases addressed in the Order. The status report is to outline the progress of the discovery authorized by the Order and is not to include any information regarding the Defendant's identity.

4. On April 17, 2024, Plaintiff issued its subpoena to the ISP. The ISP's response is due by June 17, 2024.

5. To date, Plaintiff has not been contacted by the subscriber or any representative of the subscriber.

6. Upon receipt of the ISP response, Plaintiff intends to conduct a further investigation to determine whether the individual identified by the ISP is the appropriate

1

defendant for this action, and, if a good faith basis continues to exist, to proceed against the individual (or someone else), to amend the Complaint, and place the summons and Amended Complaint with the process service to attempt service of process.

Dated: June 10, 2024

                                        Respectfully submitted,

By: */s/ Jeremy J. Thompson*
**Jeremy J. Thompson** (Reg. # 402173)
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
Tel.: (952) 952-1883
Fax: (952) 952-1884
Email: jeremy@jthompson.law
*Attorney for Plaintiff*